IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS SEVENTH DISTRICT RETIREMENT BENEFIT AND TRUST FUND,<br><br>　　Plaintiff,<br><br>v.<br><br>EDNA MUNIZ, MARANDA M. CABEZUELA, JUSTIN CABEZUELA, and KIMBERLY A. RUTLEDGE (CABEZUELA),<br><br>　　Defendants,<br><br>AND IN THE INTERESTS OF THE ESTATE OF RAUL FERNANDO CABEZUELA, DECEASED. | 2:22-CV-128-BR |

## **FINAL JUDGMENT**

Of equal date herewith, the undersigned United States Magistrate Judge issued an opinion and order GRANTING judgment in Plaintiff's favor. (ECF 30). Accordingly, the Court orders the following:

- The Clerk is directed to enter default judgment against Defendant Edna Muniz.

- Plaintiff is directed to promptly disburse the benefits at issue in this matter to Maranda Cabezuela, Justin Cabezuela, and Kimberly Rutledge in equal shares after deducting its fees and costs in the amount of $26,784.89, which the Court finds is reasonable and necessary.

- Plaintiff is hereby afforded absolute immunity from suit as to all matters of dispute in this case.

Judgment is rendered accordingly.

IT IS SO ORDERED.

ENTERED November 17, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE